PLAINTIFF/PETITIONER/MOVANT'S NAME
Tomeko Malone

PRISON NUMBER
V63284

PLACE OF CONFINEMENT
Mule Creek State Prison

ADDRESS
P.O. Box 409020
Ione, CA. 95640

**FILED**
JAN 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___  1983 ✓
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  Pro Se ___

# United States District Court
## Southern District Of California

Tomeko Malone,
   Plaintiff/Petitioner/Movant

v.

Roseanne Campbell,
   Defendant/Respondent

Civil No. '08 CV 0159 IEG CAB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, Tomeko Malone, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ✓ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?         ✓ Yes ☐ No
    Do you receive any payment from the institution?  ☐ Yes ✓ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                              ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☑ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____⌀_____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance            ☐ Yes ☑ No
   d. Disability or workers compensation               ☐ Yes ☑ No
   e. Social Security, disability or other welfare     ☐ Yes ☑ No
   e. Gifts or inheritances                            ☐ Yes ☑ No
   f. Spousal or child support                         ☐ Yes ☑ No
   g. Any other sources                                ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____

   _____

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make:            Year:            Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    N/A

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE _____   _____
                        SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____ TOMEKO MALONE _____,
(NAME OF INMATE)

_____ V63274 _____,
(INMATE'S CDC NUMBER)

has the sum of $ _____ 0 _____ on account to his/her credit at _____

_____ Mule Creek State Prison _____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____ 0 _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ _____ 0 _____,

and the *average monthly deposits* to the applicant's account was $ _____ 0 _____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

1/17/08
DATE

[signature]
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

A. Bond CCI
OFFICER'S FULL NAME (PRINTED)

Correctional Counselor
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                -4-                ::ODMA\PCDOCS\WORDPERFECT\22835\1

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____ , request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 1-20-07            _____
                                SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                    -5-              ::ODMA\PCDOCS\WORDPERFECT\22835\1

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          MULE CREEK STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 07, 2007

ACCOUNT NUMBER : V63284                          BED/CELL NUMBER: A GY000000012SL
ACCOUNT NAME   : MALONE, TOMERO CARCHEZ          ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE


06/01/2007      BEGINNING BALANCE                                                    0.00

08/20*DD34  EFT DEPOSIT O  WU  0643                      67.50                      67.50
08/20 FC01  DRAW-FAC 1     3/AYD 0458                                 25.00         42.50
08/21 W536  COPAY CHARGE   COPAY 0666                                  5.00         37.50
08/29*W215  FEDERAL FILIN  FFF    769                                 13.50         24.00
08/29*W215  FEDERAL FILIN  FFF    769                                 13.50         10.50
09/05 D201  FAMILY VISIT   FV    0810            88.10                              98.60
09/07 W502  POSTAGE CHARG  0830  0869                                  9.66         98.94
09/13 W415  CASH WITHDRAW  FVCARD 953  174814579                      98.10          0.84
10/11 W516  LEGAL COPY CH  1010  1723                                  0.50          0.34
11/19 W516  LEGAL COPY CH  1018  1891                                  0.34          0.00


                              CURRENT HOLDS IN EFFECT
  DATE       HOLD
  PLACED     CODE      DESCRIPTION              COMMENT            HOLD AMOUNT

09/27/2007   H110   COPIES HOLD              0925  1139               29.40
11/13/2007   H114   COPAY FEE, MED.          COPAY 1791                5.00
11/28/2007   H118   LEGAL COPIES HOLD        1127  1982               43.60
11/28/2007   H118   LEGAL COPIES HOLD        1127  1982                1.70
12/06/2007   H118   LEGAL COPIES HOLD        1204  2103                0.20
12/06/2007   H118   LEGAL COPIES HOLD        1128  2103                0.60


                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/25/03                             CASE NUMBER: SCD171069
COUNTY CODE: SD                                      FINE AMOUNT: $  2,200.00

  DATE       TRANS.   DESCRIPTION                     TRANS. AMT      BALANCE


06/01/2007       BEGINNING BALANCE                                    2,076.50
```

```
REPORT ID: TS3030-701                          MULE CREEK STATE PRISON                    REPORT DATE: 12/07/07
                                         INMATE TRUST ACCOUNT STATEMENT                   PAGE NO:      2

                           FOR THE PERIOD: JUN 01, 2007 THRU DEC 07, 2007

ACCT: V63284           ACCT NAME: MALONE, TOMERO CARCHEZ              ACCT TYPE: I
DATE SENTENCED: 07/25/03                           CASE NUMBER: SCD171069
COUNTY CODE: SD                                    FINE AMOUNT: $ 2,200.00

                              * RESTITUTION ACCOUNT ACTIVITY

  DATE    TRANS.  DESCRIPTION                            TRANS. AMT        BALANCE
--------  ------  ------------------------------------   ----------      ----------
10/20/07  DR34    REST RED-SET DEPOSIT                        76.00-        2,001.56

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
** IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      **

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS       TRANSACTIONS
   BALANCE     DEPOSITS    WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
  ---------    --------    -----------    -------      -------      ------------
     0.00        155.60        155.60        0.00        80.50           0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                          ----------
                                                             80.50-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-7-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
ITAS TRUST ACCOUNT DISPLAY

---------- ACCOUNT INFORMATION ----------  ---------- SPECIAL ITEMS ----------

ACCOUNT NUMBER: V63284
ACCOUNT NAME: MALONE, TOMERO CARCHEZ
ACCOUNT TYPE: I
CURRENT BALANCE: 0.00
HOLD BALANCE: 80.50
ENCUM. BALANCE: 0.00
AVAILABLE BALANCE: 80.50                ABNORMAL BALANCE
PRIVILEGE GROUP: A
LAST CANTEEN: 08/20/2007

---------- RESTITUTION FINES ----------

CASE NUMBER   DATE SENTENCED   COUNTY CODE   FINE AMOUNT   BALANCE   STATUS
SCD174069     07/25/2003       SD            2,000.00      2,001.50
SCN160814     01/10/2005       SD            200.00        200.00

TO VIEW REST. XACTS, PLACE AN 'X' NEXT TO CASE #, AND PRESS <1

REST ACCOUNT          DISPLAY SELECT PRINT ITAS
XACTS DISPLAY         HOLDS           MENU

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST 12-7-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE