UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMEKO MALONE,<br><br>                    Petitioner,<br><br>        v.<br><br>ROSEANNE CAMPBELL, Warden,<br><br>                    Respondent. | Civil No.   08cv0159-IEG (CAB)<br><br>**ORDER DISMISSING PETITION WITHOUT PREJUDICE TO PETITIONER TO PROCEED WITH HIS CLAIMS IN SO. DIST. CA CIVIL CASE NO. 06cv0169-DMS (RBB)** |

Petitioner is a state prisoner proceeding pro se with a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner claims that his federal due process rights were violated when he was sentenced following his conviction for two counts of assault with a deadly weapon in San Diego Superior Court case number SCD171069. (Pet. at 1-2.) Specifically, Petitioner contends the trial judge failed to hold a hearing prior to sentencing in order to determine whether Petitioner could afford to pay the restitution fine imposed, and that he received ineffective assistance of counsel when his attorney failed to object to the imposition of the restitution fine and failed to challenge the restitution on direct appeal. (Pet. at 6-8.)

Petitioner is currently proceeding with a habeas action in this Court in which he challenges his conviction in San Diego Superior Court case number SCD171069. (See First Amended Petition filed 8/3/06 [Doc. No. 19] in SO. DIST. CA CIVIL CASE NO. 06CV0169-DMS (RBB).) On December 14, 2007, the assigned Magistrate Judge issued a Report and

1  Recommendation in that case which recommended that judgment be entered denying the First
2  Amended Petition on the merits of the claims presented. (See Report & Recommendation filed
3  12/14/07 [Doc. No. 33] in So. Dist. CA Civil Case No. 06cv0169-DMS (RBB).) Petitioner
4  filed Objections to the Report and Recommendation on January 24, 2008. (See Objections filed
5  1/24/08 [Doc. No. 37] in So. Dist. CA Civil Case No. 06cv0169-DMS (RBB).) A Reply to
6  Petitioner's Objections is due on or before February 14, 2008. (See Doc. No. 36 in So. Dist. CA
7  Civil Case No. 06cv0169-DMS (RBB).)

8  Because Petitioner is currently proceeding with a challenge to his conviction in So. Dist.
9  CA Civil Case No. 06cv0169-DMS (RBB), the Court **DISMISSES** this action without
10 prejudice to Petitioner to proceed with his claims in that action, subject to seeking leave of Court
11 in that case to amend his pending petition to include the newly-presented claims.

12 **IT IS SO ORDERED.**

13 **DATED: February 1, 2008**

15 **IRMA E. GONZALEZ, Chief Judge**
   **United States District Court**