Tomeko Malone V63284
A-GYM 125L
P.O. Box 409020
Ione, CA. 95640

FILED
2008 FEB 26 PM 4:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ RM _____ DEPUTY

**NUNC PRO TUNC**
FEB 21 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMEKO MALONE,<br>             PETITIONER<br>V.S<br><br>ROSEANNE CAMPBELL, WARDEN<br>             RESPONDENT | CIVIL NO: 08CV0159-IEG (CAB)<br><br>MOTION FOR EXTENSION OF TIME FOR FILING AMENDED PETITION. |

The petitioner in this cause, proceeding in persona pauperis moves this court for an order for extension of time for filing his amended petition, due to many other civil cases, and the limited access to the law library due to shortage of staff, petitioner is asking for 60 days.

Wherefore, petitioner prays the court grants and finds good cause to do so.

Dated: 2-15-08

Respectfully Submitted
_____
Tomeko Malone
PETITIONER

# DECLARATION OF SERVICE BY MAIL

CASE NAME: _____  CASE NO: __0159__

I, __Toneko Malone__, am a resident of the state of California Mule Creek State Prison (M.C.S.P) at Ione, County of Amador, California, and am at least 18 years of age, and am party to the within action. My mailing address is P.O. Box 409000, Ione, California 95640-9000.

On __2-15-08__, I served a true and correct copy of the following document(s): __Motion seeking leave of Court / Amend New Petition and Motion for extension of time__

On each party listed below by placing it in a sealed envelope, with adequate postage or provided, and depositing said envelope in the institutional mail box or turned said envelope to custodial personnel for the United States Mail at Mule Creek State Prison, P.O. Box 409000, Ione, California 956490900. Each party to the action has been duly served.

This copy is being mailed to:
__U.S District Court__
__880 Front St. Rm 4290__
__San Diego, Ca. 92101-8900__

I have mailed additional copies to:
_____

There is regular service by the United States Mail between the above place of mailing and the parties listed.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this date: __2-15__, 20__08__, at Ione, California.

Signed: __Toneko Malone__, CDC No: __V63214__

## M.C.S.P MAILROOM ACKNOWLEDGEMENT OF MAILING

DATE: _____  SIGNED: _____