Tomeko Malone V63244
A-GYM 125L
P.O.Box 409020
Ione, CA. 95640

FILED
2008 FEB 26 PM 4:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC
FEB 21 2008

CIVIL NO: 08 CV 0159 - IEG (CAB)

TOMEKO MALONE,
            PETITIONER.
    V.

ROSEANNE CAMPBELL, WARDEN
            RESPONDENT.

MOTION SEEKING LEAVE OF COURT TO AMEND NEWLY PRESENTED CLAIMS AND ASKING COURT TO WITHDRAW CIVIL NO: 0169 and AMEND A ENTIRE NEW PETITION.

I, Tomeko Malone am the petitioner in this case proceeding to seek leave of Court in case 08CV0159-IEG(CAB) to amend newly presented claims, and asking the court to withdraw other petition civil no. 0169 and amend a entire new petition, consolidating both 0169 and 0159 together. Wherefore, for all of the above reasons petitioner now prays this court excepts petitioner's reason for filing the entirely new petition of both cases.

Dated: 2-15-08

Respectfully Submitted
Tomeko Malone
PETITIONER